UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN DIVISION

FILED
U.S. BANKRUPTCY COURT
2011 JAN 18 PM 1:29
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

In the matter of

**STANLEY YAKUBIK**
**DONNA YAKUBIK**

Debtor(s)

Case No. **10-40533-KW**

Chapter 7

Judge **KAY WOODS**

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of $2.44_____ represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| PRECISION RECOVERY ANALYTICS, INC | 2INT | $2.44 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $2.44 |
| Total Unclaimed Dividends Over $25.00 | | $0.00 |

Dated: 1/17/2011

/s/ ANDREW W. SUHAR
ANDREW W. SUHAR, Trustee, Reg. No. 0058419
29 E. FRONT STREET, P.O. BOX 1497
YOUNGSTOWN, OH 44501
Telephone: (330) 744-9007
Facsimile: (330) 744-5857

10-40533-kw    Doc 49    FILED 01/18/11    ENTERED 01/18/11 17:28:53    Page 1 of 1